# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #085938**

V.                    NO. 2:24-cv-00047-BSM-ERE

**L. WATSON,** *et al.*                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

On March 13, 2024, *pro se* plaintiff Kenneth Ray Pitts, an Arkansas Division of Correction ("ADC") inmate, filed this action under 42 U.S.C. § 1983. *Doc. 2*. Because Mr. Pitts is a "three-striker,"[1] he can proceed in forma pauperis only if he

---

[1] The following dismissals are "strikes" for purposes of 28 U.S.C. § 1915(g): *Pitts v. Moore, et al.*, E.D. Ark. Case No. 4:06-cv-01305-JLH (Sept. 22, 2006 dismissal for

is currently in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998).

Mr. Pitts' complaint alleges that, on December 18, 2023, Defendants Padilla, Haywood, and Watson used excessive force against him. These alleged facts and claims are insufficient to reasonably suggest that Mr. Pitts faces an imminent danger of serious physical injury.

Based on Mr. Pitts' status as a three-striker and his failure satisfy the imminent-danger-of-serious-physical-injury standard, he was ordered to pay the $405.00 filing fee within 30 days in an Order filed on March 13, 2024. *Doc. 4.* The Order specifically cautioned Mr. Pitts that his failure to pay the filing fee would result in dismissal of his claims, without prejudice.

To date, Mr. Pitts has not complied with the Court's March 13, 2024 Order to pay the filing fee, and the time for doing so has passed.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1.  Mr. Pitts' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's March 13, 2024 Order requiring him to pay

---

failure to state a claim); *Pitts v. Johnson, et al.*, E.D. Ark. Case No. 5:99-cv-00071-JMM (May 11, 1999 dismissal for same); and *Pitts v. Brownlee, et al.*, E.D. Ark. Case No. 5:99-cv-00178-HW (Sept. 7, 1999 dismissal for same).

the filing fee; and (2) prosecute this lawsuit.

      2.      The Clerk be instructed to close this case.

Dated 19 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE