# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KENNETH RAY PITTS**                                                                                          **PLAINTIFF**
**ADC # 085938**

**v.**                                              **CASE NO. 2:24-CV-00047-BSM**

**L. WATSON, *et al.***                                                                                      **DEFENDANTS**

## ORDER

After de novo review of the record, including Kenneth Ray Pitts's objections [Doc. No.7], United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted.  Pitts's complaint is dismissed without prejudice because he failed to pay the filing fee as ordered.  Doc. No. 4.

IT IS SO ORDERED this 25th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE