IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC # 085938**

v.   CASE NO. 2:24-CV-00047-BSM

**L. WATSON,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE